UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DEBORAH J. REA, | NO. CIV. S-09-0902 FCD DAD |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS |
| DEUTSHCE BANK NATIONAL TRUST COMPANY, et. al., | |
| Defendants. | |

----oo0oo----

1.  The hearing on Defendant Deutsch Bank National Trust Company's Motion to Dismiss is continued to October 30, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than October 16, 2009.  The Defendant may file and serve a reply on or before October 23, 2009.

2.  Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

     3.   Plaintiff shall file his response to the order to show cause on or before October 16, 2009.

     4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motion to Dismiss.

     IT IS SO ORDERED.

DATED: October 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE